**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00817-CV

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellant**

**V.**

**CARLOTTA HOWARD, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13467**

## ORDER
Before Justices FitzGerald, Francis, and Myers

Appellee's motion requesting a recording or transcript of oral argument is **DENIED**.


/s/    LANA MYERS
        JUSTICE